THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Travis Dewayne Johnson, #265617, Petitioner,
 
 
 

v.

 
 
 
 State of South Carolina, Respondent,
 
 Appeal From Marlboro County
  John M. Milling, Circuit Court Judge
 
 
 

Memorandum Opinion No. 2005-MO-034
Submitted May 18, 2005  Filed June 20, 2005

DISMISSED AS IMPROVIDENTLY GRANTED 

 
 
 
 Assistant Appellate Defender Tara S. Taggart, of Columbia, for Petitioner.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Assistant Attorney General Karen Ratigan, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  We issued a writ of certiorari to review the post-conviction judges order denying relief as to one of Petitioners indictments.  After careful review, we now dismiss that writ as improvidently granted.
TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.